# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JEAN CARLO ARGUELLO,** ) | **NO. CV 14-5710-MAN** |
| **Petitioner,** ) | |
| **v.** ) | **JUDGMENT** |
| **WARDEN,** ) | |
| **Respondent.** ) | |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED:  March 30, 2015.

*Margaret A. Nagle*

MARGARET A. NAGLE
UNITED STATES MAGISTRATE  JUDGE